# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal No. 21-mj-718 DTS |
| JERMAINE MORRIS, | |
| Defendant, | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum     ( ) Ad Testificandum

Name of Detainee:  JERMAINE MORRIS
Detained at (custodian):  HENNEPIN COUNTY JAIL

The government is requesting the **investigating agency** to transport detainee.

Detainee is:  a.)  (X) charged in this district by: Complaint
              Charging Detainee With: Felon in Possession of a Firearm
        or b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ( ) return to the custody of detaining facility upon termination of this proceeding
        or b.) (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on October 4, 2021 at 1:00 p.m. in the courtroom of David T. Schultz.

Dated: October 1, 2021

s/ Justin A. Wesley
JUSTIN A. WESLEY, AUSA

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum     ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

October 1, 2021                                s/ David T. Schultz
Date                                           UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | | |
|---|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Male | |
| Booking or Fed. Reg.#: | | DOB: | xx/xx/1994 | |
| Facility Address: | 401 South 4th Avenue | Race: | | |
| | Minneapolis, MN 55415 | FBI #: | | |
| Facility Phone: | (612) 348-5112 | | | |
| Currently Incarcerated For: | | | | |

### RETURN OF SERVICE

Executed on _____ by _____   _____
(Signature)

Writ issued 10/1/2021