UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-MJ-718 (DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER OF DETENTION** |
| JERMAINE DONTAE MORRIS, | ) |
| Defendant, | ) |

This matter came before the Court on October 6, 2021, for a preliminary hearing and upon the motion of the United States for an Order of Detention. The Defendant was present and represented by his attorney, Assistant Federal Defender Keala Ede. The United States was represented by Assistant United States Attorney Justin A. Wesley.

Defendant Jermaine Dontae Morris is charged by Complaint with one count of felon in possession of a firearm. A preliminary hearing was held October 6, 2021, at which time the Court concluded that probable cause exists to believe the Defendant committed the offense charged.

The Defendant then waived his right to a detention hearing, but reserved his right to raise detention at a later date.

Before the hearing, pre-trial services interviewed the Defendant and issued a report recommending detention, finding that the Defendant presented a risk of non-appearance and a danger to the community. The Court concludes that based on the Defendant's waiver, as well as the pre-trial services bond report, there has been a clear and convincing showing

that no condition or combination of conditions of bond will reasonably ensure the safety of the community and a preponderance of the evidence demonstrating that releasing the Defendant will create a serious risk of his nonappearance.  Accordingly, the Court will grant the Government's motion for Detention.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

Under 18 U.S.C. § 3142, pretrial detention may be ordered either upon a clear and convincing showing that release will result in a danger to the community or upon a showing by a preponderance of the evidence that release will result in a serious risk of flight.  The Court finds that detention is justified in order to ensure the safety of the community and prevent a serious risk of flight.

The preliminary hearing established probable cause to believe that the Defendant committed the offense charged in the complaint. According to the bond report prepared by the office of probation and pretrial services, the Defendant has a lengthy history with the criminal justice system and poses a risk of nonappearance. The Defendant's convictions include serious felonies such as armed violence, mob action, armed robbery, possession of a controlled substance with intent to deliver, possession of a firearm. The Defendant also has pending cases in other jurisdictions, at least one of which where he failed to appear and a warrant issued for his arrest.

## CONCLUSION

Based upon the evidence presented, the Court concludes that detention is appropriate. Accordingly,

IT IS HEREBY ORDERED that:

1. The motion of the United States for detention of the Defendant is granted;

2. The Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3. The Defendant shall be afforded reasonable opportunity to consult privately with his lawyer; and

4. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which the Defendant is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with a court proceeding.

Dated: October 7, 2021            *s/ David T. Schultz*
                                  The Honorable David T. Schultz
                                  United States Magistrate Judge