UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-cr-261 (PAM/ECW)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JERMAINE DONTAE MORRIS,

    Defendant.

**NOTICE OF APPEARANCE**

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Benjamin Bejar

Dated: September 29, 2022

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

*/s/ Benjamin Bejar*

BY: BENJAMIN BEJAR
Assistant U.S. Attorney
Attorney ID No. 0351131