# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | )     COURT MINUTES - CRIMINAL |
|                     Plaintiff, | ) |
| v. | )     BEFORE:    The Hon. Paul A. Magnuson |
| | )                             United States District Court Judge |
| JERMAINE DONTAE MORRIS, | ) |
|                     Defendant. | )     Case No:                21-CR-261(1) (PAM/ECW) |
| | )     Date:                     Wednesday, October 5, 2022 |
| | )     Court Reporter:      Carla Bebault |
| | )     Courthouse:          Saint Paul |
| | )     Courtroom:           7D |
| | )     Time Commenced:   2:00 p.m. |
| |       Time Concluded:     2:30 p.m. |
| |       Time in Court:         Thirty (30) Minutes |

**APPEARANCES**:

For Plaintiff:          Andy Dunne, USAO (For Justin Wesley)
For Defendant:      Doug Olson, PDA

**PROCEEDINGS:**
    X **Sentencing**

**IT IS ORDERED**:
    Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| One (1) of Indictment | X | | 35 Months | | 3 Years | | |

    X **See J&C for Special Conditions**.

X Defendant sentenced to pay:
    X Special Assessment in the amount of $100.00.

X Plea and Plea Agreement accepted.

X Defendant is remanded to the custody of the United States Marshal.

X Sealed Matters: <mark>Sentencing/sealed documents are sealed indefinitely</mark>.

Dated:   Wednesday, October 5, 2022                                    *s/Lynn L. Magee*
                                                                                        Courtroom Deputy to
                                                                                         The Hon. Paul A. Magnuson